Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Emal:   preilly@hollandhart.com
smschwartz@hollandhart.com

*Attorneys for Clark County Collection Service, LLC, Borg Law Group, LLC and Brooke M. Borg*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER RIPANDELLI,<br><br>            Plaintiff,<br><br>vs.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC; BORG LAW GROUP, LLC; and BROOKE M. BORG,<br><br>            Defendants. | Case No. :  2:16-cv-03015-KJD-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF (Dkt. 14)**<br><br>**(First Request)** |

### STIPULATION

Plaintiff Heather Ripandelli ("Plaintiff") and Defendants Clark County Collection Service, LLC, Borg Law Group, LLC, and Brooke M. Borg (hereinafter collectively referred to as "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On January 30, 2017, Defendants filed a Motion For Summary Judgment [Dkt. #4] in the above-entitled action.

2. On February 20, 2017, Plaintiff filed a Response in Opposition to Defendant's Motion for Summary Judgment and Motion Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure [Dkt. #8].

9716811_1

3. Plaintiff and Defendants have already stipulated to extend the deadline for Defendants to Reply in Support of their Motion for Summary Judgment to Monday, April 3, 2017 (Dkt. 15).

4. After providing additional materials to Plaintiff, Defendants offered Plaintiff the opportunity to supplement her Opposition brief.

5. Plaintiff filed her Motion for Leave to File Supplemental Brief on March 16, 2017 (Dkt. 14).

6. Defendants shall have until **Monday, April 3, 2017** to file their Response to Plaintiff's Motion for Leave to File Supplemental Brief.

7. This is the first request for an extension of this deadline made by the parties.

DATED this 30th day of March, 2017.   DATED this 30th day of March, 2017.

/s/ Michael Kind, Esq.
Michael Kind, Esq.
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, Nevada 89117

Sara Khosroadbadi, Esq.
HYDE & SWIGART
7854 W. Sahara Avenue
Las Vegas, Nevada 89117

*Attorneys for Heather Ripandelli*

/s/ Patrick J. Reilly, Esq.
Patrick J. Reilly, Esq.
Susan M. Schwartz, Esq.
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

*Attorneys for Clark County Collection Service, LLC, Borg Law Group, LLC and Brooke M. Borg*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 31, 2017