Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Heather Ripandelli*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Heather Ripandelli, <br><br> Plaintiff, <br><br> v. <br><br> Clark County Collection Service, LLC; Borg Law Group, LLC; and Brooke M. Borg, <br><br> Defendants. | Case No.: 2:16-cv-03015-KJD-VCF <br><br> **Stipulation of Dismissal** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Heather Ripandelli ("Plaintiff") and Defendants Clark County Collection Service, LLC; Borg Law Group, LLC; and Brooke M. Borg ("Defendants") stipulate to

dismiss with prejudice the above-entitled action, with each party to bear their own respective attorney's fees and costs of suit.

DATED this 28th day of July 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**HOLLAND & HART LLP**

By: /s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
Susan M. Schwartz, Esq.
9555 Hillwood Drive, Second Floor
Las Vegas, NV 89134
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: August 3, 2017